UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLIANZ INSURANCE COMPANY a/s/o
MERCEDES-BENZ CREDIT CORPORATION

            Plaintiff,

    -v-

MILIVOJE MILOSEVIC

            Defendant.
------------------------------------------------------------X

JUDGE PRESKA

07 CIV 6717

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Allianz Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Allianz of America
Allianz Insurance Company
Allianz Underwriters Insurance Company
Dawson Hail Insurance Company
American Automobile Insurance Company
The American Insurance Company
American Standard Lloyd's Insurance Company
Associated Indemnity Corporation
Fireman's Fund Insurance Company
Fireman's Fund Indemnity Corporation
Fireman's Fund County Mutual Insurance Company
Midway Insurance Company of Illinois
National Surety Corporation
Vintage Insurance Company
Warner Insurance Company
Interstate Insurance Group
Chicago Insurance Company
Interstate Fire and Casualty Company
Interstate Indemnity Company
Jefferson Insurance Group/ Jefferson Insurance Company of New York
Monticello Insurance Company

Parkway Insurance Company
Plains Insurance Company
San Francisco Reinsurance Company

Date: 7/26/07

*Robert Stern*
**Signature of Attorney**

**Attorney Bar Code: RS-4476**