USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALLIANZ INSURANCE COMPANY a/s/o : 07 CV 6717 (LAP)
MERCEDES-BENZ CREDIT CORPORATION, :
:
                Plaintiff, : **MEMORANDUM**
:
    v. :
:
MILIVOJE MILOSEVIC, :
:
                Defendant. :
:
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Allianz Insurance Company and/or its affiliates.

So Ordered:

Dated: New York, New York
         August 7, 2007

                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.

CGRALLIANZ