# Clausen Miller

*Attorneys at Law*

CLAUSEN MILLER P.C.   CLAUSEN MILLER LLP   CLAUSEN MILLER EUROPE
CHICAGO, IL   LONDON, ENGLAND   Clausen M...
NY NY CA
NEW YORK, NY   Clausen Miller...
PARS PEANY NJ   ...
W. GLEN, IL   ...
SHANGHAI, CHINA

One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www...
Tel 212 805 3900 • ...

December 20, 2007

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

Re:   Allianz Insurance Company a/s/o Mercedez-Benz Credit Corporation, v. Milovoje Milosevic.
Case No.: 07 CIV 6717

Dear Judge Preska:

My firm represents the Plaintiff in the above referenced matter.

Earlier this morning, my office received a phone call from chambers stating that a discovery conference was scheduled in this matter for today at 10:00 a.m. Unfortunately, my office did not have this matter on our calendar. As such, we failed to appear for the Conference. Apparently, Defendant also failed to appear.

As a result, this office requested that the Conference be adjourned. Thereafter, the Court graciously granted our application for an adjournment. Please allow this to confirm that the Conference has been re-scheduled for **Thursday, January 24, 2008 at 9:00 a.m.**

A true copy of this letter is being sent to the Defendant via Certified Mail to insure that he is aware of the new date and mark his calendar accordingly so that he may appear at the conference.

Thank you.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 21, 2007

Very truly yours,

CLAUSEN MILLER, P.C.

By: */s/ Joseph W. Szalyga*
Joseph W. Szalyga

JWS:ng