UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

ALLIANZ INSURANCE COMPANY a/s/o
MERCEDES-BENZ CREDIT CORPORATION            07 CIV 6717 (LAP)(MHD)
                    Plaintiff

                v.                          NOTICE OF APPEARANCE


MILIVOJE MILOSEVIC
                    Defendant
-------------------------------------------------


Please take notice that the undersigned hereby appears on behalf of the defendant, Milivoje Milosevic, in the above-entitled action.


Yours, etc.

*Joshua Bernstein* (signature)
------------------------------
Joshua Bernstein

Joshua Bernstein, Attorney Bar Code: JB5460
Attorney for defendant, Milivoje Milosevic
1736 Shore Parkway
Brooklyn, New York  11214
718-391-8644   (24/7)
718-372-6993   (fax)

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

ALLIANZ INSURANCE COMPANY a/s/o
MERCEDES-BENZ CREDIT CORPORATION          07 CIV 6717 (LAP)(MHD)
                    Plaintiff

           v.                             AFFIRMATION OF SERVICE


MILIVOJE MILOSEVIC
                    Defendant
-------------------------------------------------


The undersigned hereby affirms under penalty of perjury under the laws of the United States of America that he served a true copy of the within upon

Robert A. Stern, Esq. (RS-4476)
Clausen Miller P.C.
Attorneys for Plaintiff
One Chase Manhattan Plaza
New York, New York  10005

via First Class Mail on March 21, 2008.

_____
Joshua Bernstein

Joshua Bernstein, Attorney Bar Code: JB5460
Attorney for defendant, Milivoje Milosevic
1736 Shore Parkway
Brooklyn, New York  11214
718-391-8644  (24/7)
718-372-6993  (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ALLIANZ INSURANCE COMPANY a/s/o
MERCEDES-BENZ CREDIT CORPORATION           07 CIV 6717 (LAP)(MHD)
                    Plaintiff

                v.

MILIVOJE MILOSEVIC
                    Defendant
-----------------------------------------------------------
                **NOTICE OF APPEARANCE**
-----------------------------------------------------------


Joshua Bernstein, Attorney Bar Code: JB5460
Attorney for defendant, Milivoje Milosevic
1736 Shore Parkway
Brooklyn, New York  11214
718-391-8644   (24/7)
718-372-6993   (fax)


To:
Robert A. Stern, Esq. (RS-4476)
Clausen Miller P.C.
Attorneys for Plaintiff
One Chase Manhattan Plaza
New York, New York  10005
212--805-3900