# Clausen Miller PC

| CLAUSEN MILLER P.C. | CLAUSEN MILLER L.L.P. | CLAUSEN MILLER EUROPE |
|---|---|---|
| CHICAGO, IL | LONDON, ENGLAND | Clausen Miller P.C. |
| IRVINE, CA | | Clausen Miller L.L.P., LONDON |
| NEW YORK, NY | | Tetaud-Lambard-Jamy & Associés, PARIS |
| PARSIPPANY, NJ | | Studio Legale Corapi, ROME |
| WHEATON, IL | | van Cutsem-Wittamer-Marnef & Partners, BRUSSELS |
| SHANGHAI, CHINA | | |

*Attorneys at Law*

One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
Tel: 212.805.3900 • Fax: 212.805.3939

July 14, 2008

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

        Re:      Allianz v. Milosevic
        Docket No.:  07 CIV 6717
        D/L:      05/13/02
        Claim No.:  L01034536GM
        Our File No.:  36-5266-00-6

Dear Judge Preska:

    You will recall that the undersigned represents the Plaintiff in the above referenced matter. A conference is currently scheduled before your Honor on Wednesday, July 16, 2008 at 2:00 p.m.

    I am pleased to report that this matter has been settled. In exchange for a voluntary dismissal with prejudice and a Release of all claims, Defendant has agreed to pay Plaintiff the total sum of One Thousand Five Hundred Dollars ($1,500.00) within thirty (30) days.

    Based on the foregoing, the undersigned respectfully requests that <u>the July 16, 2008 conference be cancelled</u>. Unless advised otherwise, I will assume that no appearance is necessary.

    Thank you.

```
The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:
   /s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

July 14, 2008
```

CLAUSEN MILLER, P.C.

By: /s/ Joseph W. Szalyga
    Joseph W. Szalyga

*Clausen*
  *Miller*

Hon. Loretta A. Preska
July 14, 2008
Page 2

cc: <u>Via Facsimile</u>
    Joshua Bernstein
    1736 Shore Parkway
    Brooklyn, New York 11214